APR 7 2026 PM1:01
FILED - USDC - FLMD - TPA

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Tampa Division

<table>
<tr><td>

CORI CAROL HAMMOND, and
TETHYS TECHNOLOGIES, LLC

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

HYBE CO., LTD, and
SAMSUNG ELECTRONICS CO., LTD, and
Netflix, Inc.

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

</td><td>

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

</td><td>

Case No.  8:26-CV-943-SDM-NHA
_____

*(to be filled in by the Clerk's Office)*

</td></tr>
</table>

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.      The Parties to This Complaint

#### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Cori Carol Hammond |
| Street Address | 1501 Shepard Road |
| City and County | Lakeland Polk |
| State and Zip Code | Florida 33811 |
| Telephone Number | (863)944-7322 |
| E-mail Address | cori.hammond@tethystech.co |

#### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.



Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

Name | HYBE Co., Ltd

Job or Title *(if known)*

Street Address | 2110 Colorado Ave Suite 200

City and County | Santa Monica  Los Angeles County

State and Zip Code | California  90404

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name | SAMSUNG Electronics Co., Ltd

Job or Title *(if known)*

Street Address | 700 Sylvan Ave

City and County | Englewood Cliffs  Bergen County

State and Zip Code | New Jersey 07632

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name | Netflix, Inc

Job or Title *(if known)*

Street Address | 121 Albright Way

City and County | Los Gatos Santa Clara County

State and Zip Code | California 95032

Telephone Number

E-mail Address *(if known)* | awynngrant@netflix.com

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question            ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

35 U.S.C 271 and 35 U.S.C 283

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

    The plaintiff, *(name)*  Cori Carol Hammond                , is a citizen of the State of *(name)*  Florida               .

    b.    If the plaintiff is a corporation

    The plaintiff, *(name)*  TETHYS Technologies, LLC           , is incorporated under the laws of the State of *(name)*  Florida                          ,

    and has its principal place of business in the State of *(name)*

    Florida                          .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

    The defendant, *(name)*                      , is a citizen of the State of *(name)*                      . Or is a citizen of

    *(foreign nation)*                      .

      b.     If the defendant is a corporation

The defendant, *(name)* HYBE Co., Ltd. , is incorporated under the laws of the State of *(name)* , and has its principal place of business in the State of *(name)* .

Or is incorporated under the laws of *(foreign nation)* Republic of Korea ,

and has its principal place of business in *(name)* Republic of Korea .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The defendants are utilizing Plaintiff's propreitary technology for a global tour and broadcast generating million in revenue, and have engaged in capital flight totaling $100M USD to the United States to avoid domestic liability.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?

The infringement is occuring globally through networks, with primary centers of conduct in Seoul, South Korea (Goyang Sports Complex), and the United States (Netflix headquarters in California, Samsung Electronics America in New Jersey, HYBE America in California, and the global broadcast accessible in the Middle District of Florida).

B.     What date and approximate time did the events giving rise to your claim(s) occur?

The continuous period of infringement began with the unauthorized integration of the technology in June 2025 and is culminating in the BTS World Tour launch on April 9, 2026. Key dates include a meeting with Netflix's Principal Counsel Asa Wynn-Grant on October 16, 2025, a Live broadcast of BTS Live Comeback streamed via Netflix in Seoul, South Korea.

b.    If the defendant is a corporation

The defendant, *(name)* SAMSUNG Electronics Co.,Ltd _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* Republic of Korea _____ , and has its principal place of business in *(name)* Republic of Korea _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The defendants are utilizing Plaintiff's propreitary technology for a global tour and broadcast generating million in revenue, and have engaged in capital flight totaling $100M USD to the United States to avoid domestic liability.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

The infringement is occuring globally through networks, with primary centers of conduct in Seoul, South Korea (Goyang Sports Complex), and the United States (Netflix headquarters in California, Samsung Electronics America in New Jersey, HYBE America in California, and the global broadcast accessible in the Middle District of Florida).

B.    What date and approximate time did the events giving rise to your claim(s) occur?

The continuous period of infringement began with the unauthorized integration of the technology in June 2025 and is culminating in the BTS World Tour launch on April 9, 2026. Key dates include a meeting with Netflix's Principal Counsel Asa Wynn-Grant on October 16, 2025, a Live broadcast of BTS Live Comeback streamed via Netflix in Seoul, South Korea.

b.    If the defendant is a corporation

The defendant, *(name)* Netflix, Inc. , is incorporated under
the laws of the State of *(name)* California , and has its
principal place of business in the State of *(name)* California .
Or is incorporated under the laws of *(foreign nation)* ,
and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The defendants are utilizing Plaintiff's propreitary technology for a global tour and broadcast generating million in revenue, and have engaged in capital flight totaling $100M USD to the United States to avoid domestic liability.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

The infringement is occuring globally through networks, with primary centers of conduct in Seoul, South Korea (Goyang Sports Complex), and the United States (Netflix headquarters in California, Samsung Electronics America in New Jersey, HYBE America in California, and the global broadcast accessible in the Middle District of Florida).

B.    What date and approximate time did the events giving rise to your claim(s) occur?

The continuous period of infringement began with the unauthorized integration of the technology in June 2025 and is culminating in the BTS World Tour launch on April 9, 2026. Key dates include a meeting with Netflix's Principal Counsel Asa Wynn-Grant on October 16, 2025, a Live broadcast of BTS Live Comeback streamed via Netflix in Seoul, South Korea.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiff holds the rights to identity aware access and sync technology with a priority date of June 20, 2025. In July and August 2025, Defendants Netflix and HYBE entered a strategic partnership. In October 16, 2025, Plaintiff held a formal meeting with Netlfix Principal Litigation Counsel Asa Wynn-Grant specifically to discuss the patent-pending technology. Despite theis notice, Netflix proceeded to use the technology for the streamed BTS Live Comeback on March 20, 2026 and the upcoming worls tour. Samsung entered a partnership with HYBE to power the BTS World Tour launching April 9, 2026 in Seoul, South Korea using "Galaxy" hardware. This hardware utilizes identity sync technology that directly mirrors Plaintiff's proprietary methods for hardware to user authentication. HYBE is also using identity-aware synchronization methods to connect individual fan light sticks (BTS Official Light Stick Ver. 4) to the venue's central commercial command system.

## IV.     Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The BTS World Tour begins on April 9, 2026. Monetary damages cannot compensate for the loss of excusivity and control over a foundation patent once the technology is broadcast to millions and used in massive global events. If the tour proceeds without a license, the proprietary nature of the Plaintiff's invention will be permanently distroyed.

## V.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff asks the court for Temporary Restraining Order to halt the use of identity-awaer sync technology for the Goyang opening and a Preliminary injunction to stop the global broadcast. Plaintiff further seeks damages for willful infringement in an amount to be determined at trial, using the Defendants' commercial value of the technology.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    4/7/2026

Signature of Plaintiff    *Cori Hammond (signature)*

Printed Name of Plaintiff    Cori Hammond

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____